# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**D.C. KING, A.Y. MARKS, M.G. MILLER**
Appellate Military Judges

## UNITED STATES OF AMERICA

v.

## STANLEY W. CALL, JR.
## SERGEANT (E-5), U.S. MARINE CORPS

### NMCCA 201500398
### GENERAL COURT-MARTIAL

**Sentence Adjudged**: 24 September 2015.
**Military Judge**: Maj Forest W. Hoover, USMC.
**Convening Authority**: Commanding Officer, MCAS, Cherry Point, NC.
**Staff Judge Advocate's Recommendation**: Maj J.R. Liebenguth, USMC.
**For Appellant**: CAPT Bree A. Ermentrout, JAGC, USN.
**For Appellee**: Mr. Brian K. Keller, Esq.

### 29 February 2016

---
### OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court